AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>JOSHUA KNOWLES<br><br>_____<br>Defendant | )<br>)  Case: 1:22–mj–00182<br>)  Assigned To: Magistrate Judge Meriweather, Robin M.<br>)  Assign. Date : 8/15/2022<br>)  Description: Complaint w/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                              JOSHUA KNOWLES                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  08/15/2022                                           _____/s/ Robin M. Meriweather_____  2022.08.15 18:44:48 -04'00'
                                                                                 *Issuing officer's signature*

City and state:    Washington, D.C.                Robin M. Meriweather, U.S. Magistrate Judge
                                                                       *Printed name and title*

---

### Return

This warrant was received on *(date)*  8-17-22 , and the person was arrested on *(date)*  8-31-22
at *(city and state)*  GILBERT, AZ                        .

Date:  8-31-22                                                _____
                                                                                 *Arresting officer's signature*

                                                                     JONATHON ALBERTA, TASK FORCE OFFICER
                                                                                 *Printed name and title*